IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEWIS R. STEPPE, JR., ) | |
| Plaintiff, ) | Civil Action No. 7:19-cv-00482 |
| ) | |
| v. ) | |
| ) | By: Norman K. Moon |
| MS. COOK, *et al.*, ) | Senior United States District Judge |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff Lewis R. Steppe, Jr., proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Although he responded to defendants' motion to dismiss, a notice from the court recently sent to him was returned as undeliverable with the notation "Not Here," and no forwarding address was given. (Dkt. No. 27.) Steppe was advised in prior orders from the court that he must notify the court in writing immediately upon his transfer or release and provide a new address. (Dkt. Nos. 3, 4.) He also was warned that his "failure to notify the court of such a change of address will result in the dismissal of this case." (Dkt. No. 3 at 3; Dkt. No. 4 at 2.)

Because of Steppe's failure to keep the court advised of his address, the court has no means of contacting him. I will therefore dismiss Steppe's complaint without prejudice. All pending motions will be denied without prejudice as moot. Steppe is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

An appropriate order will be entered.

Entered: February 24th 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE